No. 02–8905. SCULLOCK *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8936. PERRY *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–638. AGENCIA LA ESPERANZA CORP., INC. *v.* ORANGE COUNTY BOARD OF SUPERVISORS ET AL. Ct. App. Cal., 4th App. Dist. Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–845. SILVEY *v.* CHAO, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–996. OVERNITE TRANSPORTATION CO. *v.* INTERNA-TIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WARE-HOUSEMEN AND HELPERS OF AMERICA, AFL-CIO, ET AL. App. Ct. Ill., 1st Dist. Motions of National Right to Work Legal Defense Foundation, Inc., and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 01–618. ELDRED ET AL. *v.* ASHCROFT, ATTORNEY GEN-ERAL, 537 U. S. 186;

No. 01–7601. THOMAS *v.* UNITED STATES, 534 U. S. 1152;

No. 02–624. AGUILERA ET UX. *v.* DANIELS/NICHOLSON INSUR-ANCE AGENCY ET AL., 537 U. S. 1107;

No. 02–677. PALUMBO *v.* WEILL ET AL., 537 U. S. 1109;

No. 02–824. ST. HILAIRE *v.* NEW HAMPSHIRE REAL ESTATE COMMISSION, 537 U. S. 1113;

No. 02–5307. IN RE PATTERSON-BEGGS, 537 U. S. 1070;

No. 02–6685. PRATHER *v.* GEORGIA BOARD OF PARDONS AND PAROLES, 537 U. S. 1055;

No. 02–6747. IN RE TOPPS, 537 U. S. 1070;

No. 02–7215. WHIGHAM *v.* ARIZONA ET AL., 537 U. S. 1123;

No. 02–7252. WILCOX *v.* IRON OUT, INC., ET AL., 537 U. S. 1124;

No. 02–7337. THARPE *v.* HEAD, WARDEN, 537 U. S. 1127;

No. 02–7695. MCLEOD *v.* JONES, WARDEN, 537 U. S. 1138;

No. 02–7732. CHANEY *v.* UNITED STATES POSTAL SERVICE, 537 U. S. 1139; and

No. 02–7884.  DOYHARZABAL *v.* UNITED STATES, 537 U. S. 1144. Petitions for rehearing denied.

No. 02–249.  PEABODY COAL CO. *v.* GROVES ET AL., 537 U. S. 1147.  Petition for rehearing denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–670.  HAUGHTON ET UX. *v.* WAL-MART STORES, INC., 537 U. S. 1147; and

No. 02–822.  BOYCE ET UX. *v.* UNITED STATES, 537 U. S. 1147. Petitions for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.

## MARCH 12, 2003

No. 02A724 (02–8286).  BANKS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

## MARCH 13, 2003

No. 02–1027.  DCH HEALTHCARE AUTHORITY ET AL. *v.* MANGIERI.  C. A. 11th Cir.  Certiorari dismissed under this Court's Rule 46.1.

No. 02–9512 (02A766).  THOMPSON *v.* ALABAMA.  Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

## MARCH 17, 2003

No. 02–9541 (02A773).  IN RE JONES.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and